Attorney Brian M. Schmidt

112 E. Corsicana

Athens, TX 75751

82,910·01

3-19-15

Mr. Schmidt:

Sir I am writing to you in regards to my 11.07 Writ of Habeas Corpus. I received the white card from the Court of Criminal Appeals of Texas on 3-18-15 it was dated 2-23-15 and postmarked Mar 02 2015.

I left the Henderson County Jail and returned to the TDCJ-ID Gurney unit on 3-02-15 where I was not allowed to purchase stamps or go to the unit Law Library. On 3-06-15 I returned to my Unit of Assignment, Michael unit. The Unit was on lock-down. Again I was not allowed to visit the Law Library or purchase stamps. The Unit is now off of Lock-down so now I can correspond with you regarding my case.

Please ask the Court of Criminal Appeals for a Continuance in order to respond to the Findings of Fact and Conclusions of Law.

My Concerns are that ground #2 The Conviction was obtained by a plea of Guilty wich was not voluntarily made with nature of the charge and Consequences of the plea. In the Findings of Facts #15 (b) The Court places the misunderstanding under ground #1 Ineffective Assistence of Counsel. It needs to be addressed under ground #2. These Case law support my case:

* Finch V Vaugh 67 F 3d 909 CCA 11th 1995
* Abu-Ein v State 921 sw2d 807 Tx. App-Houston 14th dist 1996
  Ex parte Battle 817 Sw2d 81 TCA 1991
  Ex parte Brandley 781 Sw 2d 886 TCA 1989
  Ex parte Fierro 934 Sw 2d 375 TCA 1996
  Ex parte Dietzman 790 Sw 2d 305

Also since the 173rd did not have jurisdiction over ground 6 We need them, The CCA, to address ground #6.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

I would like to be able to telephone you, at no cost, to you. If this is ok, you must register your phone # by calling 866-806-7804 or go to www.texasprisonphone.com.

This was the soonest that I could contact you so I hope the Court of Criminal Appeals of Texas grants the Continuance so that you can respond to the Findings of Facts and Conclusions of Law.

Sincerly,

Robert Blagburn

Robert Blagburn #736603
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886